IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:11-CR-0301-02 |
| v. | : | (Chief Judge Conner) |
| **SERGEY SOROKIN,** | : | |
| Defendant | : | |

**O R D E R**

AND NOW, this 27th day of December, 2013, upon consideration of the government's concurred in Motion to Amend the Order of Restitution as to defendant Sergey Sorokin (Doc. 135), it is hereby ORDERED that:

1. The government's Motion (Doc. 135) is GRANTED.

2. The Court's Judgment (Doc. 111) in the above-captioned criminal matter shall be amended to modify the restitution order to require restitution in the reduced amount of $25,941.97, for all of the financial institutions previously identified by the court, with the exception of the order of restitution previously ordered for Target Stores, to be paid jointly and severally with co-defendant Ramil Kismat.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania